COM.

v.

NEWDECK, K.

974 EDA 2016

Superior Court of Pennsylvania.

09/27/2017

CP–15–CR–0001874–2015 (Chester)

Vacated

COM.

v.

EDWARDS, D.

1917 EDA 2016

Superior Court of Pennsylvania.

09/27/2017

CP–48–CR–0004090–2010 (Northampton)

Affirmed

COM.

v.

ROBINS, J.

2047 EDA 2016

Superior Court of Pennsylvania.

09/27/2017

CP–51–CR–0003430–2009 (Philadelphia)

Affirmed

COM.

v.

RAINEY, D.

2243 EDA 2016

Superior Court of Pennsylvania.

09/27/2017

CP–51–CR–0805641–1995, CP–51–CR–0805681–1995, CP–51–CR–0808891–1995, CP–51–CR–1011401–1995 (Philadelphia)

Affirmed

FULTON BANK, N.A.

v.

SANDQUIST, P.

2306 EDA 2016

Superior Court of Pennsylvania.

09/27/2017

2016–01908–TT (Chester)

Affirmed/Reversed